UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| GILBERTO RIVERA,<br>    Plaintiff | : | Civ. Action No. 3:98-cv-1429 (RNC) |
| | : | 2004 NOV -3  A 11: 13 |
| vs. | : | |
| | : | DISTRICT COURT |
| JOHN M. BAILEY, I/O Chief State's Atty., | : | |
| JAMES E. THOMAS, I/O State's Atty., | : | |
| HERBERT CARLSON, JR., I/O Deputy | : | |
|     Asst. State's Atty., | : | |
| JOSEPH HAMMICK, I/O Chief Inspector, | : | |
| JOHN MAZZAMURRO, I/O Inspector, | : | |
| CITY OF HARTFORD, | : | |
| JOSEPH CROUGHWELL, I/O Chief of | : | |
|     Police, | : | |
| ROBERT CASATI, I/O Deputy Chief of | : | |
|     Police, | : | |
| DAVID KENARY, I/O Police Lieutenant, | : | |
| JOSEPH (JOSE) LOPEZ, SR., I/O Police | : | |
|     Lieutenant, | : | |
| CHARLES LILLEY, I/O Police Sergeant, | : | |
| DARRYL ROBERTS, I/O Police Sergeant, | : | |
| JAMES ROVELLA, I/O Detective, | : | |
| LUISA ST. PIERRE, I/O Police Detective, | : | |
| TIMOTHY PITKIN, I/O Police Detective, | : | |
| and JACK LEITAO, I/O Police Detective, | : | |
|     Defendants | : | NOVEMBER 3, 2004 |

## MOTION TO INTERVENE FOR LIMITED PURPOSE

Pursuant to Federal Rule of Civil Procedure 24 (a) (2) and (b) (2), Alexander Wood ("the

applicant") respectfully moves to intervene in the above-captioned closed case for the limited

purpose of opposing any attempt that may be made to use the processes of this Court to nullify or

call into question the validity of an order that has been issued by the State of Connecticut

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

Freedom of Information Commission ("FOI Commission") in the case captioned, Alexander Wood and the Manchester Journal Inquirer against Alexander Aponte, Corporation Counsel, City of Hartford, Docket #FIC 2004-071 ("Wood against Aponte"). That order requires the Corporation Counsel to provide the applicant with an unredacted copy of the settlement agreement between the plaintiff Rivera and the City of Hartford in this case (Rivera vs. Bailey). The applicant seeks to intervene in any proceedings before this Court that may affect the validity of the FOI Commission order in Wood against Aponte, including but not limited to (1) any attempt to persuade this Court to issue an order or judgment or to take any other action making confidential all or any part of the settlement agreement at issue; or (2) any attempt to persuade this Court to interpret any existing order or other act of the Court as making all or any part of that settlement agreement confidential.

As set forth in more detail in the accompanying memorandum of law and the Declaration of Alexander Wood ("Wood Declaration"), attached thereto at Tab 1, there is evidence that one or more parties to this case (Rivera vs. Bailey) may attempt to use the processes of this Court to nullify or call into question the validity of the order approved by the FOI Commission in Wood against Aponte. Wood Declaration, Pars. 19.b., 37, 39. The applicant respectfully submits that Fed.R.Civ.Proc. 24 (a) (2) requires that he be permitted to intervene for the limited purpose of opposing any such attempt. In the alternative, the applicant respectfully submits, the Court has discretion to grant him "permissive intervention" pursuant to Fed.R.Civ.Proc. 24 (b) (2), and the interests of fairness and justice militate strongly in favor of such an exercise of discretion. If either type of intervention is permitted, the applicant submits, he should receive notice of any proceedings affecting his interest and have the opportunity to participate fully in those

proceedings, including but not limited to having the opportunity to submit a pleading, call and examine witnesses, cross-examine any witnesses called by others, and participate fully in any legal argument or briefing.

In order that the applicant may comply with the pleading requirement of Fed.R.Civ.Proc. 24 (c), he respectfully requests that the Court issue an order along the lines of one of the first two proposed orders shown below, which are incorporated by reference in this motion.

Executed on *November 3, 2004.*

Respectfully submitted,
THE APPLICANT

Alexander Wood, Pro Se

Address:
Newsroom
Journal Inquirer
P.O. Box 510
306 Progress Drive
Manchester, CT 06045-0510

Telephone: (860) 646-0500, Ext. 345
Facsimile: (860) 646-9867
e-mail: awood@journalinquirer.com

3

## ORDER

The Court orders the following:

_____ Pursuant to Fed.R.Civ.Proc. _____24 (a) (2) _____24 (b) (2), Alexander Wood is granted

permission to intervene for the limited purpose of opposing any attempt to have this Court order

or declare confidential all or any part of the settlement agreement between the plaintiff Rivera,

on the one hand, and the City of Hartford ("city") and other defendants now or formerly

employed as police officers by the city, on the other hand, ("settlement agreement") or to

interpret any existing order or other act of this Court as requiring the settlement agreement to be

confidential. Any party seeking confidentiality for all or any part of the settlement agreement

shall file a complaint, amended complaint or third-party complaint which shall name as a

defendant or third-party defendant at least the intervenor Alexander Wood and shall be served

upon all parties, including the intervenor Wood, in accordance with the provisions of

Fed.R.Civ.Proc. 5 and on any new defendant or new third-party defendant in accordance with the

provisions of Fed.R.Civ.Proc. 4.

_____ Pursuant to Fed.R.Civ.Proc. _____24 (a) (2) _____24 (b) (2), Alexander Wood is granted permission to intervene for the limited purpose of opposing any attempt to have this Court order or declare confidential all or any part of the settlement agreement between the plaintiff Rivera, on the one hand, and the City of Hartford ("city") and other defendants now or formerly employed as police officers by the city, on the other hand, ("settlement agreement") or to interpret any existing order or other act of this Court as requiring the settlement agreement to be confidential. Any party seeking confidentiality for all or any part of the settlement agreement may do so in the form of a motion, which shall be served on all parties, including the intervenor Wood, in accordance with the provisions of Fed.R.Civ.Proc. 5. The intervenor Wood and any other intervenor or applicant to intervene shall, however, be permitted to treat the motion seeking confidentiality and any associated papers as a complaint or third-party complaint and shall be permitted to file an answer or third-party answer thereto.

_____Alexander Wood's foregoing Motion to Intervene for Limited Purpose is denied.

Executed on_____.
          (Date)

_____
(Signature)

5

## CERTIFICATION OF SERVICE

This is to certify that I mailed a copy of the foregoing, first class, postage prepaid, this _3rd_ day of November, 2004 to the offices of:

ERIN I. O'NEIL-BAKER
JAMES S. BREWER
BREWER & O'NEIL
818 FARMINGTON AVE
WEST HARTFORD, CT 06119

JOHN T. FORREST
LAW OFFICES OF JOHN T. FORREST, LLC
142 JEFFERSON ST
HARTFORD, CT 06106

OTTO P. WITT
PO BOX 886
BLOOMFIELD, CT 06002

STEPHEN RICHARD SARNOSKI
ATTORNEY GENERAL'S OFFICE
PUBLIC SAFETY & SPECIAL REVENUE
MACKENZIE HALL
110 SHERMAN ST
HARTFORD, CT 06105

BRIAN P. LEAMING
US ATTORNEY'S OFFICE-HFD
450 MAIN ST
ROOM 328
HARTFORD, CT 06103

JAMES J. SZEREJKO
JOHN BURNS FARLEY
RALPH W. JOHNSON, III
HALLORAN & SAGE
ONE GOODWIN SQ.
225 ASYLUM ST
HARTFORD, CT 06103

CHARLES L. HOWARD
SHIPMAN & GOODWIN
CONSTPLZA-HTFD
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

JOSEPH W. MCQUADE
KAINEN, ESCALERA & MCHALE, PC
21 OAK ST
HARTFORD, CT 06106

CHARLES E. VERMETTE, JR.
PETER J. PONZIANI
LITCHFIELD CAVO
40 TOWER LANE
SUITE 200
AVON, CT 06001

MAUREEN ELIZABETH TOWNSEND
DANAHER, TEDFORD, LAGNESE & NEAL
700 CAPITOL PLACE
21 OAK ST
SUITE 700
HARTFORD, CT 06106-8000

RICHARD C. MAHONEY
KENNY & BRIMMER
5 GRAND ST
HARTFORD, CT 06106

WILLIAM J. MELLEY, III
LAW OFFICES OF WILLIAM J. MELLEY, III
250 HUDSON ST
HARTFORD, CT 06106

RALPH G. ELLIOT
TYLER COOPER & ALCORN
CITYPLACE – 35TH FLOOR
HARTFORD, CT 06103-3488

NORMAN A. PATTIS
WILLIAMS & PATTIS
51 ELM ST
STE 409
NEW HAVEN, CT 06510

JOSHUA Z. RABINOVITZ
US DEPARTMENT OF JUSTICE
CIVIL DIVISION
20 MASSACHUSETTS AVE, NW
ROOM 7220
WASHINGTON, DC 20530

WILLIAM A. COLLIER
US ATTORNEY'S OFFICE-HFD
450 MAIN ST
ROOM 328
HARTFORD, CT 06103

_____
Alexander Wood